**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rosemary G McFern** | Social Security number or ITIN **xxx–xx–8234** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–22313–CMB**

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rosemary G McFern

9/6/17                                                                **By the court:**   Carlota M. Bohm
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 17-22313-CMB
Rosemary G McFern                                                       Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin                 Page 1 of 1                 Date Rcvd: Sep 06, 2017
                              Form ID: 318                Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db             +Rosemary G McFern,    215 Mount Pleasant Road,     Scottdale, PA 15683-1211
14638192       +Capital One Bank,    140 East Shore Drive,    Glen Allen, VA 23059-5755
14638193        Citibank/Sears,    P.O. Box 9001055,    Louisville, KY 40290-1055
14638194       +Cynthia L. Graft,    306 North Hickory Street,     Scottdale, PA 15683-1555
14638195       +Discover Bank,    502 Market Street,    Greenwood, DE 19950-9700
14638196       +LVNV Funding,    c/o David J. Apothaker, Esq.,     2417 Welsh Road, Suite 21,
                 Philadelphia, PA 19114-2209
14638198        PRESSLER and PRESSLER, L.L.P.,    Attorneys at Law,     7 Entin Rd.,    Parsippany, NJ 07054-5020
14638199        SELECT PORTFOLIO SERVICING, INC.,     P.O. Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Sep 07 2017 04:18:00     James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2017 04:18:53     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14638191        EDI: BANKAMER.COM Sep 07 2017 04:18:00     Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
14638197        EDI: AGFINANCE.COM Sep 07 2017 04:18:00     ONEMAIN,    PO BOX 64,    Evansville, IN 47701-0064
14638638       +EDI: PRA.COM Sep 07 2017 04:18:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14638200        EDI: RMSC.COM Sep 07 2017 04:18:00     Walmart/Synchrony Bank,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Randall G. Klimchock    on behalf of Debtor Rosemary G McFern klimchock.law@zoominternet.net,
               randylu@comcast.net
                                                                                              TOTAL: 4
```